**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1670**

---

C. F. TRUST, INCORPORATED,

         Plaintiff - Appellee,

  versus

J. P. DEVELOPMENT, INCORPORATED,

         Defendant - Appellant,

  and

DEP, INCORPORATED; BRENT R. JACQUES; ATLANTIC
FUNDING CORPORATION,

         Parties in Interest.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-79-A, BK-95-14438-SSM)

---

Argued: January 27, 1999    Decided: March 5, 1999

---

Before WILKINSON, Chief Judge, and NIEMEYER and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ARGUED:** Kurt Charles Rommel, STAUFFER, MANNIX, ROMMEL, DECKER & DULANY, L.L.C., McLean, Virginia, for Appellant. Harvey Alan Levin, BIRCH, HORTON, BITTNER & CHEROT, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

J.P. Development, Incorporated, appeals the district court's April 3, 1998 order in this case. To support its order, the district court adopted the thorough and well-crafted findings and conclusions of the bankruptcy court dated October 31, 1997, which determined the priority of certain liens against real property in the estate of the debtor, DEP, Inc. Having carefully reviewed the record and considered the arguments of counsel made both in their briefs and at oral argument, we affirm on the reasoning of the district court, see J.P. Development, Inc. v. C.F. Trust, Inc., Civil Action No. 98-0079 (E.D. Va. Apr. 3, 1998), adopting the findings and conclusions of the bankruptcy court, see In re DEP, Inc., No. 95-14438-SSM (adversary proceeding No. 97-1017) (Bankr. E.D. Va. Oct. 31, 1997).

AFFIRMED

3